CATO v. CROWN FIN. LTD.

No. 20P99

Case below: 131 N.C.App. 683

Petition by defendants (Arnold Walser and Shirley Walser) for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

CENTURA BANK v. EXECUTIVE LEATHER, INC.

No. 196P99

Case below: 132 N.C.App. 759

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

CONWAY v. CONWAY

No. 21P99

Case below: 131 N.C.App. 609

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 24 June 1999.

FORTUNE INS. CO. v. OWENS

No. 154PA99

Case below: 132 N.C.App. 489

Petition by defendants (Hart and Gilmore) for discretionary review pursuant to G.S. 7A-31 allowed 24 June 1999.

GOODWIN v. SCHNEIDER NAT'L, INC.

No. 181P99

Case below: 132 N.C.App. 585

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 24 June 1999. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.